UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21841-CIV-COHN

BYRON WALLER,

    Petitioner,

v.

KENNETH S. TUCKER,

    Respondent.
_____/

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

**THIS CAUSE** is before the Court upon Petitioner Byron Waller's Motion for Certificate of Appealability [DE 25], following the recent reassignment of this case to the undersigned United States District Judge [DE 26].  The Court has carefully considered the record in this case and is otherwise advised in the premises.

On December 12, 2011, Magistrate Judge White issued a Report and Recommendation [DE 18] ("Report") concerning Waller's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus [DE 1] ("Petition").  Finding that none of the claims in Waller's Petition merited habeas relief, Magistrate Judge White recommended that the Petition be denied.  See DE 18.  Waller subsequently filed objections to the Report.  See DE 19.  On February 8, 2012, Judge Jordan issued an Order adopting the Report, adding further reasons for rejecting certain of Waller's claims, and denying the Petition.  See DE 20.  On March 6, 2012, Waller filed a Notice of Appeal [DE 22], which the Court has construed as a Motion for Certificate of Appealability.  See DE 25.

To obtain a certificate of appealability, a habeas petitioner must make a "substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

After due consideration, the Court denies such certification here because Waller has not shown that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).  The Court notes that pursuant to Rule 22(b)(1) of the Federal Rules of Appellate Procedure, Waller may seek a certificate of appealability from the Eleventh Circuit.

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Motion for Certificate of Appealability [DE 25] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of October, 2012.

JAMES I. COHN
United States District Judge

Copies to:

Counsel of record (via CM/ECF)

Byron Waller, *pro se* (via CM/ECF mail)
K06593
Suwanee Correctional Institution Annex
5964 U.S. Highway 90
Live Oak, FL  32060